```
              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                       SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
         Plaintiff          )
                            )
                            )
                            )   CRIMINAL ACTION NO. 1:06CR65LG-JMR-001
                            )
         vs.                )
                            )
REGINA RHODES               )
                            )
         Defendant          )
```

### SATISFACTION OF JUDGMENT

The Clerk of the United States District Court for the Southern District of Mississippi is hereby authorized and empowered to satisfy and cancel the judgment as it relates to the criminal monetary penalties of fines, restitution or special assessments imposed at the time of sentencing in the above-entitled case as having been paid or otherwise settled. This satisfaction does not cover any related forfeiture judgment or other obligations imposed by the Court upon this Defendant.

```
                              GREGORY K. DAVIS
                              UNITED STATES ATTORNEY


                       BY:    s/PSHON BARRETT
                              PSHON BARRETT
                              Assistant United States Attorney
                              188 East Capitol Street, Suite 500
                              Jackson, MS 39201
                              MS Bar Number 2071
                              (601) 973-2842
                              Pshon.Barrett@usdoj.gov

Dated:    April 17, 2012
```